## No. 9111.

### TRACY v. SPERRY.

*Error to El Paso District Court, Hon. W. S. Morris, Judge.*
*Application for supersedeas.*

Mr. W. N. RUBY and Mr. W. D. LOMBARD, for plaintiff in error.

Mr. S. H. KINSLEY, for defendant in error.

*Per Curiam:*

UPON a careful examination of the record and briefs of counsel, we are convinced that no prejudicial error was committed in this case.

For which reason the application for supersedeas will be denied and the judgment affirmed.

*Superse,'eas denied and judgment affirmed.*

Decision *en banc.*

Chief Justice White and Mr. Justice Garrigues not participating.